# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 10-MC-9018-FJG |
| ) | |
| BARRY BISELX AND KAREN BISELX., ) | |
| ) | |
| Defendants. ) | |

## ORDER

Upon the Joint Motion for Entry of Final Order made by Petitioner United States of America and Respondents Barry and Karen Biselx, set forth in Petitioner's letter dated June 8, 2011, the Court finds the following:

1. The United States petitioned this Court for judicial approval of levy on the Biselxes' principal residence, located at 35 Rosco Road, Lake Ozark, Missouri, 65049 ("Property").

2. As of March 4, 2011, the Biselxes were indebted to the Unites States for unpaid federal income taxes, penalties, and interest in the amount of $123,918.28. Statutory interest and penalties have continued to accrue, according to law, since that date, and will accrue according to law until payment in full.

3. The United States accepted the Biselxes' offer to repay their federal income tax debt in full, in lieu of levy, by letter dated June 8, 2011.

4. Levy upon the Property is the parties' anticipated result of any default that is not cured under the terms of the agreement of June 8, 2011.

5.      Should the Biselxes default and fail to cure, the Biselxes waive their rights to challenge any aspect of the original petition for judicial approval for levy on the Property and therefore agree not to oppose the petition.

Accordingly, **IT IS HEREBY ORDERED THAT**:

6.      If the Biselxes default on any aspect of the parties' agreement entered on June 8, 2011: a) the Biselxes shall have 21 days to cure default and b) absent cure, the United States will file a notice of default requesting that the petition for judicial approval for levy on the Property be granted.

7.      The Clerk shall close this case for administrative purposes.

8.      Upon receipt of the United States' notice of default, this case will be re-opened and this Court will grant approval for levy on the Property.

**IT IS SO ORDERED.**

Date: October 12, 2011                          **S/ FERNANDO J. GAITAN, JR.**
Kansas City, Missouri                           Fernando J. Gaitan, Jr.
                                                Chief United States District Judge